CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

FEB 17 2016

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

UNITED STATES OF AMERICA          :
                                  :
          v.                      :     Case No. 1:16CR00007-001
                                  :
STEVEN DONALD WOOD                :

## INFORMATION

### COUNT ONE

The United States Attorney charges that:

1. From in or about 2009 through in or about September 2011, in the Western District of Virginia and elsewhere, STEVEN DONALD WOOD, with the intent to defraud, introduced and caused the introduction into interstate commerce of quantities of M-Drol (2a,17a di methyl etiocholan 3-one, 17b-ol), also known as "Superdrol" and "SD," and H-Drol (4-chloro-17a-methyl-androst-1,4-diene-3b,17b-diol), also known as "HD," from various locations outside the state of Virginia to various locations in the Western District of Virginia and elsewhere, which were misbranded in that the labeling was false in any particular, failed to bear adequate directions for use, and failed to bear adequate warnings.

2. STEVEN DONALD WOOD used his business entities Competitive Edge Labs, LLC, and MKZ Exports, LLC, to cause the manufacture and distribution of M-Drol and H-Drol throughout the United States and elsewhere.

3. The label falsely claimed that M-Drol and H-Drol were nutritional supplements when, in fact, they were drugs.

4. All in violation of 21 U.S.C. §§ 331(a), 352(a), 352(f)(1) and 352(f)(2) and 333(a)(2).

Dated: _February 17, 2016_          _John P. Pishwick, Jr. /SEP_
                                    UNITED STATES ATTORNEY