**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**
**CRIMINAL MINUTES – SENTENCING HEARING**

**Case No.:** 1:16CR7                                                              **Date:** 5/17/16

**Defendant:** Steven Donald Wood, Bond                **Counsel:** Richard Collins, Retained
                                                                                            Glenn Berger, Retained

PRESENT:    JUDGE:              James P. Jones             TIME IN COURT: 10:38 – 11:05 a.m.
                     Deputy Clerk:       Felicia Clark
                     Court Reporter:     Bridget Dickert, OCR
                     U. S. Attorney:     Randy Ramseyer
                     USPO:               Scott Belcher
                     Case Agent:         Tim Royster
                     Interpreter:        N/A

**PROCEEDINGS:**

☒    No Objections to Presentence Report.

☒    Defendant presents evidence . Defense Witness: Debbie Reebals. Oral argument by defense counsel.

☒    No evidence presented. Oral argument by the government.

☒    Court adopts Presentence Report.

☒    Government Motion for Downward Departure. Oral argument by government.
         ☒ Court grants.         ☐ Court denies.

☒    Allocutions.

SENTENCE IMPOSED AS FOLLOWS:

PROB:   1 year on Count 1 of the Information
FINE:   $10,000.00
SA:     $100.00 due immediately.

SPECIAL CONDITIONS OF SUPERVISION (Check applicable conditions):

☒    The defendant shall reside in a residence free of firearms, ammunition, destructive devices and dangerous weapons.
☒    The defendant must submit to warrantless search and seizure of person and property by the probation officer or other law enforcement officer, whenever such officer has reasonable suspicion that the defendant is engaged in criminal activity.
☒    The defendant shall pay any fine, special assessment or restitution that is imposed by this judgment.

     ☒ Must fully cooperate with Sherrie Lester and the IRS in the ascertainment, computation and payment of tax liabilities, including, but not limited to, any tax liability assessed to Sherrie Lester based on monies that were transmitted through a Pay Pal account.

PAYMENT SCHEDULE:

☒    A lump sum payment of $10,100.00 is due and payable immediately.

ADDITIONAL RULINGS:

☒    Defendant shall forfeit his interest in the property listed in the Order of Forfeiture entered on 2/23/16.
☒    Order of Forfeiture shall be made a part of the judgment in this case.
☒    Defendant advised of right to appeal.